NO 03-15-00015-CR

IN THE

Cort of Criminal Appeals

Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 15 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

December 18, 2015

ABEL ACOSTA, CLERK

Ronald Lee Verdi Jr

V

The State of Texas

From Appeal NO. 03-15-00015-CR
Trial Cause NO. D-11-0505-SA
Tom Green County

Frist motion for extension of
Time to File Petition for Discretionary
Review



To the Honorable Judges of
the Cort of Crimial Appeals:


Comes now, Ronald Lee Verdi Jr,
Petitioner, and files this Motion for an
extiension of 120 day's in wich to file
a petition for Discretionary Review. In
Support of this motion, appellant shows
the Cort the following:

1.


The petitioner was covicted
in the 391st District Cort of Tom Green
County, Texas of the offense of
aggravated sexual assault of a child
in Cause NO. D-11-0505-SA, Styled State
of Texas VS. Ronald Lee Verdi Jr. The
Petitioner appealed to the Court of
Appeals 3 Supreme Judicial District,
The Case was affirmed on November
20, 2015

## II.

Petitioner's request for an extension is based upon the folling facts: Petitioner was not informed of the desision of the court of appeals in affirming his case until 12-2-15. Since that time petitioner has been attempting to gain legal representation in this matter, his attorey on the appeal, Mr. Rae Leifeste, has informed Petittioner that he will not represent him on the Peition for Discetionary Review

Whefore, Petitioner prays this Cort grant this motion and extend the dead line for filing the Petition for Discetionary Review in Case NO 03-15-00015CR (D-11-0505-SA ← Trial Court NO)

Ronald Lee Verdi Jr
petioner prose
Texas Department of
Criminal Justice
Telford Unit  TDCJ# 1972910

# Certificate of Service

I certify that a true and correct copy of the above and forgoing frist motion for extension of time to file a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid to the Attorney for state Honorable Lisa C. McMinnat P.O. Box 13046 Austin TX 78711 and to Court of Criminal Appeals P.O Box 12308- Capitol Station Austin Texas 78711

Ronald Lee Verdi Jr
Petitioner pro se

I Ronald Lee Verdi Jr TDCJ#1972910 being presnty incarerrted in telford unit of texas Department of Criminal Justice in Bowie County, Texas verify and declare under penalty of perjury that the forging statment are true and correct executed on 12-10-15

TDCJ# 1972910